THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL IMBRIALE, Relator, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, without

costs. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.